**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**
**OMAHA OFFICE DIVISION**

IN RE:

Lester Wayne Delmont and Marie A. Delmont                     Case Number: 24-80967-TLS

Debtors                                                                                       Chapter 13

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Now comes, Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC by its attorney, Evan Moscov, and in support of its objection to confirmation of Debtors' Chapter 13 Plan, states as follows:

1. On March 02, 2022, Debtor Lester Wayne Delmont entered into a Retail Installment Contract regarding a 2016 Ram Ram 1500 Crew Cab Laramie 4WD 5.7L V8 with a vehicle identification number of 1C6RR7NT0GS317646 ("the Vehicle"). A copy of the Retail Installment Contract is attached hereto as Exhibit A.

2. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, has perfected its security interest in the Vehicle. A copy of the Title is attached hereto as Exhibit B.

3. On October 30, 2024, Debtors filed a petition for relief under Chapter 13 of Title 11 of the United States Code.

4. As of October 30, 2024, the total debt with respect to the Vehicle was $27,566.01.

5. The Chapter 13 Plan filed proposes to pay Creditor's claim in the amount of $25,000.00 at 10.00% interest over the term of 60 months.

6. The retail value of the Vehicle is $28,975.00. A copy of the N.A.D.A. Official Used Car Guide Vehicle Valuation is attached hereto as Exhibit C.

7. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, objects to Debtors' proposed Chapter 13 Plan on the basis that it fails to pay the full replacement value of the Vehicle. A Debtors in a Chapter 13 Bankruptcy may confirm a plan over a creditor's objection only if it provides the creditor the full value, as of the effective date of the plan, of the allowed amount of the secured claim. 11 U.S.C. Section 1325(a)(5)(B). The allowed amount of the secured claim is determined based on the replacement value a retail merchant.

8. To the extent that the Debtors' pending Chapter 13 Plan proposes to pay the secured claim of Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, an amount less than $27,566.01, Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, objects to its confirmation.

9. Further, the Plan does not provide for equal monthly payments to Creditor. The Code requires that a plan may be confirmed over an objection of a secured creditor only if the payments made under the plan are in equal monthly amounts. 11 U.S.C. §1325(a)(5)(B)(iii)(I). To the extent that the Plan provides payments to Creditor on a pro rata basis, Creditor objects to the confirmation of the Plan.

WHEREFORE Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, prays for the entry of an order sustaining its objection to confirmation of the Debtors' Chapter 13 Plan.

*/s/ Evan Lincoln Moscov*
Evan Lincoln Moscov
Nebraska Bar No. 24753
P.O. Box 8305

Waukegan, IL 60079
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 05, 2024 a copy of the Objection to Confirmation was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Bruce C Barnhart
Bruce C Barnhart
12337 Gold Street
Omaha, NE 68144

Erin McCartney
13930 Gold Circle, Ste 201
Omaha, NE 68144

Jerry L. Jensen
Roman L. Hruska U.S. Trustee,
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102

    I further certify that on December 05, 2024 copy of the Objection to Confirmation was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Lester Wayne Delmont
Marie A. Delmont
5315 South 190th Street
Omaha, NE 68135

    */s/ Evan Lincoln Moscov*
    Evan Lincoln Moscov