**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No: BK 24-80967 |
| | ) | |
| Lester Wayne Delmont, | ) | |
| Marie A Delmont, | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |

**CERTIFICATION BY JOINT DEBTOR**
**IN SUPPORT OF CONFIRMATION**

With regard to the chapter 13 plan/amended plan filed on 1/22/2025, I certify that:

____X____ Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A).

OR

_____ I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute.

I declare under penalty of perjury that the foregoing certification is true and correct.

Dated: January 22, 2025

/s/Marie A Delmont_____
Marie A Delmont, Joint Debtor