ocnfpln (04/23)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

Lester Wayne Delmont and Marie A Delmont
Debtor(s)

Bankruptcy Proceeding No. 24–80967–TLS
Chapter 13

**Order Confirming Chapter 13 Plan**

Order Confirming Chapter 13 Plan (RE: related document(s)[26] Amended Chapter 13 Plan filed by Debtor Lester Wayne Delmont, Joint Debtor Marie A Delmont). The plan was properly noticed and served as required by the Local Rules. No resistance/objection was timely filed. The plan is confirmed. Bruce C. Barnhart, Debtor's Attorney, Fees awarded: $4400.00, Expenses awarded: $300.00; Awarded on 2/13/2025.

Dated: 2/13/25

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies served by the court on all parties in interest.