United States Bankruptcy Court
District of Nebraska

In re:  
Lester Wayne Delmont  
Marie A Delmont  
    Debtors

Case No. 24-80967-TLS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0867-8     User: autodocke     Page 1 of 3  
Date Rcvd: Feb 13, 2025     Form ID: OCNFPLN     Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lester Wayne Delmont, Marie A Delmont, 5315 South 190th Street, Omaha, NE 68135-4130 |
| 5415000 | + | Aaron F Smeall, 11240 Davenport Street, PO Box 540125, Omaha, NE 68154-0125 |
| 5415001 | + | Adolescent Medicine, 8200 Dodge St, Omaha, NE 68114-4113 |
| 5415021 | + | Ridgeview Animal Hospital, 18142 Wright Street, Omaha, NE 68130-2881 |
| 5415029 | + | Wooster Community Hospital, 1761 Beall Ave, Wooster, OH 44691-2399 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 20:38:33 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 20:51:46 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 20:39:11 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5419056 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2025 20:39:11 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5415003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2025 20:51:12 | Ally Credit Card/cws, PO Box 660371, Dallas, TX 75266-0371 |
| 5415002 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2025 20:38:33 | Ally Credit Card/cws, PO Box 653074, Dallas, TX 75265-3074 |
| 5415004 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2025 20:39:12 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5415005 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 13 2025 20:35:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 5415006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 20:39:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5415007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2025 20:39:12 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5423256 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 20:52:27 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5415008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 20:52:01 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5429518 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 24-80967-TLS    Doc 34    Filed 02/15/25    Entered 02/15/25 23:09:39    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0867-8 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: OCNFPLN | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 5415009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2025 20:51:17 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| | | | Feb 13 2025 20:52:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5415010 | + | Email/Text: bankruptcy@firstelectronic.com | Feb 13 2025 20:35:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 5415011 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 13 2025 20:35:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5415012 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2025 20:35:00 | Internal Revenue Service, Centralized Insolvency Operations, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 5428664 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2025 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5415013 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 13 2025 20:35:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5419055 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2025 20:38:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5415016 | | Email/Text: ml-ebn@missionlane.com | Feb 13 2025 20:35:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5415014 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 13 2025 20:35:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5415015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 13 2025 20:37:59 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5428662 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2025 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5427732 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 13 2025 20:51:16 | Mission Lane LLC, by AIS Infosource, LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5415017 | | Email/Text: Rev.BNC@nebraska.gov | Feb 13 2025 20:35:00 | Nebraska Department Of Revenue, P.O. Box 94818, Lincoln, NE 68508-4818 |
| 5416733 | + | Email/Text: bankruptcy@nfm.com | Feb 13 2025 20:35:00 | NEBRASKA FURNITURE MART, PO BOX 3000, OMAHA, NE 68103-3030 |
| 5415018 | + | Email/Text: bankruptcy@nfm.com | Feb 13 2025 20:35:00 | Nebraska Furniture Mart, Attn: Collections, Po Box 2335, Omaha, NE 68103-2335 |
| 5425696 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2025 20:38:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5415019 | + | Email/Text: ebnnotices@fidem-financial.com | Feb 13 2025 20:35:00 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 5415020 | + | Email/Text: ngisupport@radiusgs.com | Feb 13 2025 20:35:00 | Radius Global Solution, Attn: Bankruptcy, 7831 Glenroy, Ste 250, Edina, MN 55439-3117 |
| 5429849 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2025 20:39:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5423952 | + | Email/Text: bncmail@w-legal.com | Feb 13 2025 20:35:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5415022 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 20:37:53 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5415023 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 20:37:53 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 5430020 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2025 20:38:35 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

| District/off: 0867-8 | User: autodocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: OCNFPLN | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 5415024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 20:51:21 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5415025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 20:37:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5428237 | | Email/Text: bncmail@w-legal.com | Feb 13 2025 20:35:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5415026 | + | Email/Text: bncmail@w-legal.com | Feb 13 2025 20:35:00 | Target NB, C/O Financial Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5415027 | ^ | MEBN | Feb 13 2025 20:32:21 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 5415028 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 13 2025 20:35:00 | US Bank, PO Box 790288, Saint Louis, MO 63179-0288 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce C. Barnhart | on behalf of Joint Debtor Marie A Delmont bruce@barnhart-law.com clerk@barnhart-law.com;barnhartbrd70882@notify.bestcase.com |
| Bruce C. Barnhart | on behalf of Debtor Lester Wayne Delmont bruce@barnhart-law.com clerk@barnhart-law.com;barnhartbrd70882@notify.bestcase.com |
| Erin McCartney | ecfclerk@ne13trustee.com trusteeNEB1L@ecf.epiqsystems.com |
| Evan Lincoln Moscov | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| Jerry L. Jensen | ustpregion13.om.ecf@usdoj.gov |

TOTAL: 5

ocnfpln (04/23)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

Lester Wayne Delmont and Marie A Delmont    Bankruptcy Proceeding No.  24−80967−TLS
Debtor(s)                                    Chapter  13

**Order Confirming Chapter 13 Plan**

   Order Confirming Chapter 13 Plan (RE: related document(s)[26] Amended Chapter 13 Plan filed by Debtor Lester Wayne Delmont, Joint Debtor Marie A Delmont). The plan was properly noticed and served as required by the Local Rules. No resistance/objection was timely filed. The plan is confirmed. Bruce C. Barnhart, Debtor's Attorney, Fees awarded: $4400.00, Expenses awarded: $300.00; Awarded on 2/13/2025.

Dated:  2/13/25

                                        BY THE COURT:

                                        /s/ Thomas L. Saladino
                                             Chief Judge

Copies served by the court on all parties in interest.