# United States Bankruptcy Court
For The
District of Nebraska

IN RE:

LESTER WAYNE DELMONT
5315 SOUTH 190TH STREET
OMAHA, NE 68135

MARIE A DELMONT
5315 SOUTH 190TH STREET
OMAHA, NE 68135

CASE No. 24-80967

SS #1 XXX-XX-1328
SS #2 XXX-XX-1720

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | AARON F SMEALL / 11240 DAVENPORT STREET<br>PO BOX 540125 / OMAHA, NE 68154 | None | | Not Filed |
| 002 | ADOLESCENT MEDICINE / 8200 DODGE ST<br>OMAHA, NE 68114 | None | | Not Filed |
| 003 | RESURGENT CAPITAL SERVICES / PO BOX 10368<br>GREENVILLE, SC 29603-0368 | 1,949.92 | | Unsecured |
| 004 | MIDLAND CREDIT MANAGEMENT, INC. / PO BOX 2037<br>WARREN, MI 48090 | 698.66 | | Unsecured |
| 005 | CARVANA, LLC / 4515 N SANTA FE AVE, DEPT APS<br>OKLAHOMA CITY, OK 73118 | 27,566.01 | 7.1800% | Secured |
| 005 | BRIDGECREST ACCEPTANCE CORP / 7300 EAST HAMPTON AVE, STE 1(<br>MESA, AZ 85209 | None | | Not Filed |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 2,392.78 | | Unsecured |
| 007 | CITIBANK, NA / 5800 S CORPORATE PL<br>SIOUX FALLS, SD 57108-5027 | 699.81 | | Unsecured |
| 008 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 1,435.61 | | Unsecured |
| 009 | GOLDMAN SACHS BANK USA / ATTN: BANKRUPTCY<br>PO BOX 70379 / PHILADELPHIA, PA 19176 | None | | Not Filed |
| 010 | INTERNAL REVENUE SERVICE / INSOLVENCY<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 6,275.64 | | Priority |
| 010 | INTERNAL REVENUE SERVICE / INSOLVENCY<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346 | 750.72 | | Unsecured |
| 011 | KOHL'S / PO BOX 3043<br>MILWAUKEE, WI 53201-3043 | None | | Not Filed |
| 012 | MERCURY/FBT / ATTN: BANKRUPTCY<br>PO BOX 84064 / COLUMBUS, GA 31908 | None | | Not Filed |
| 013 | MERRICK BANK / RESURGENT CAPITAL SERVICES<br>PO BOX 10368 / GREENVILLE, SC 29603-0368 | 3,295.68 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

| | | |
|---|---|---|
| **IN RE:** | | CASE No. 24-80967 |
| LESTER WAYNE DELMONT<br>5315 SOUTH 190TH STREET<br>OMAHA, NE 68135 | MARIE A DELMONT<br>5315 SOUTH 190TH STREET<br>OMAHA, NE 68135 | SS #1 XXX-XX-1328<br>SS #2 XXX-XX-1720 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 014 | MISSION LANE, LLC / BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE / OKLAHOMA CITY, OK 73118 | 1,990.98 | | Unsecured |
| 015 | NEBRASKA DEPT OF REVENUE / PO BOX 94818<br>LINCOLN, NE 68509-4818 | 434.03 | | Priority |
| 015 | NEBRASKA DEPT OF REVENUE / PO BOX 94818<br>LINCOLN, NE 68509-4818 | 22.35 | | Unsecured |
| 016 | NEBRASKA FURNITURE MART / PO BOX 3000<br>OMAHA, NE 68103 | None | | Secured |
| 016 | NEBRASKA FURNITURE MART / PO BOX 3000<br>OMAHA, NE 68103 | 3,657.43 | | Unsecured |
| 017 | SCOLOPAX LLC / C/O WEINSTEIN & RILEY PS<br>749 GATEWAY STE G6-01 / ABILENE, TX 79602 | 1,776.55 | | Unsecured |
| 018 | RADIUS GLOBAL SOLUTION / 7831 GLENROY RD STE 250<br>EDINA, MN 55439 | None | | Not Filed |
| 019 | RIDGEVIEW ANIMAL HOSPITAL / 18142 WRIGHT STREET<br>OMAHA, NE 68130 | None | | Not Filed |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 1,339.03 | | Unsecured |
| 021 | SYNCHRONY BANK / BY AIS INFOSOURCE, LP AS AGENT<br>4515 N SANTA FE AVE / OKLAHOMA CITY, OK 73118 | 907.08 | | Unsecured |
| 022 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 1,271.11 | | Unsecured |
| 023 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 560.50 | | Unsecured |
| 024 | MIDLAND CREDIT MANAGEMENT, INC. / PO BOX 2037<br>WARREN, MI 48090 | 604.81 | | Unsecured |
| 025 | TD BANK USA NA / C/O WEINSTEIN & RILEY PS<br>1415 WESTERN AVE STE 700 / SEATTLE, WA 98101 | 598.73 | | Unsecured |
| 026 | TELECOM SELF REPORTED / PO BOX 4500<br>ALLEN, TX 75013 | None | | Not Filed |

# United States Bankruptcy Court
For The
District of Nebraska

| IN RE: | | CASE No. 24-80967 |
|---|---|---|
| LESTER WAYNE DELMONT<br>5315 SOUTH 190TH STREET<br>OMAHA, NE 68135 | MARIE A DELMONT<br>5315 SOUTH 190TH STREET<br>OMAHA, NE 68135 | SS #1 XXX-XX-1328<br>SS #2 XXX-XX-1720 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 027 | US BANK / P.O. BOX 790288<br>SAINT LOUIS, MO 63179-0288 | None | | Not Filed |
| 028 | WOOSTER COMMUNITY HOSPITAL / 1761 BEALL AVE<br>WOOSTER, OH 44691 | None | | Not Filed |
| 029 | NEBRASKA FURNITURE MART / PO BOX 3000<br>OMAHA, NE 68103 | None | | Secured |
| 029 | NEBRASKA FURNITURE MART / PO BOX 3000<br>OMAHA, NE 68103 | 5,375.17 | | Unsecured |
| 030 | RESURGENT CAPITAL SERVICES / PO BOX 10368<br>GREENVILLE, SC 29603-0368 | 1,309.55 | | Unsecured |
| 031 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 2,117.02 | | Unsecured |
| 032 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 2,807.57 | | Unsecured |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 878.12 | | Unsecured |
| 034 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 270.41 | | Unsecured |
| 035 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 4,535.76 | | Unsecured |
| 036 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 640.38 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

IN RE:  
LESTER WAYNE DELMONT  
5315 SOUTH 190TH STREET  
OMAHA, NE 68135  

MARIE A DELMONT  
5315 SOUTH 190TH STREET  
OMAHA, NE 68135  

CASE No. 24-80967  
SS #1 XXX-XX-1328  
SS #2 XXX-XX-1720  

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 037 | RESURGENT CAPITAL SVCS / PO BOX 10587 GREENVILLE, SC 29603-0587 | 753.98 | | Unsecured |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

BRUCE C BARNHART  
12337 GOLD STREET  
OMAHA, NE 68144  

Claims Paid Through Plan   76,915.39  
Claims Paid Direct                0.00  
Total For This Case         76,915.39  

4,668.00   Debtor's Attorney

## NOTICE CONCERNING CLAIMS

At     OMAHA     NE                                          on    02/26/2025

Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

Erin M. McCartney  
Chapter 13 Trustee