United States Bankruptcy Court

District of Nebraska

In re:                                                                                   Case No. 24-80967-TLS
Lester Wayne Delmont                                                                     Chapter 13
Marie A Delmont
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0867-8      User: autodocke      Page 1 of 2
Date Rcvd: Nov 25, 2025      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5419056 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 25 2025 20:59:39 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce C. Barnhart | on behalf of Joint Debtor Marie A Delmont bruce@barnhart-law.com clerk@barnhart-law.com;barnhartbrd70882@notify.bestcase.com |
| Bruce C. Barnhart | on behalf of Debtor Lester Wayne Delmont bruce@barnhart-law.com clerk@barnhart-law.com;barnhartbrd70882@notify.bestcase.com |
| Erin McCartney | ecfclerk@ne13trustee.com trusteeNEB1L@ecf.epiqsystems.com |
| Evan Lincoln Moscov | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| Jerry L. Jensen | ustpregion13.om.ecf@usdoj.gov |

District/off: 0867-8 User: autodocke Page 2 of 2
Date Rcvd: Nov 25, 2025 Form ID: trc Total Noticed: 1
TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

District of Nebraska
Case No. 24-80967-TLS
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Lester Wayne Delmont<br>5315 South 190th Street<br>Omaha NE 68135 | Marie A Delmont<br>5315 South 190th Street<br>Omaha NE 68135 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/24/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 | Merrick Bank<br>PO Box 10368<br>Greenville, SC 29603-0368 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/27/25

Eva Roeber
**CLERK OF THE COURT**